UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST NBC BANK,<br><br>    Plaintiff,<br><br>Vs.<br><br>MUREX LLC f/k/a MUREX N.A. LTD.,<br><br>    Defendant. | Case No. 1:16-cv-07703 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I Grant Edward Lavelle Schnell, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff First NBC Bank in the above-captioned action.

I am in good standing of the bar of the states of Florida and Georgia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 5, 2016.

              Respectfully Submitted,

              /s/ Grant Edward Lavelle Schnell
              Grant Edward Lavelle Schnell
              HOLLAND & KNIGHT LLP
              1180 West Peachtree Street NW
              Regions Plaza, Suite 1800
              Atlanta, Georgia 30309
              Telephone: (404) 817-8560
              Fax: (404) 881-0470
              Email: grant.schnell@hklaw.com

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### GRANT EDWARD LAVELLE SCHNELL

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **December 10, 2013**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 7, 2016.

_____
Clerk of the Supreme Court of Florida.



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that GRANT EDWARD SCHNELL, State Bar No. 106794,** was duly admitted to practice in said Court on August 8, 2016, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of October, 2016.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Anniva Renick
Deputy Clerk