UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, *as receiver for* FIRST NBC BANK,<br><br>                              Plaintiff,<br><br>            -v-<br><br>MUREX LLC,<br><br>                              Defendant. | 16 Civ. 7703 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision granting plaintiff's motion for summary judgment as to liability on its breach of contract claim, granting defendant's motion for summary judgment as to plaintiff's claims for fraudulent inducement and unjust enrichment, and denying defendant's motion in all other respects. The decision leaves open only the remedy for defendant's breach of its contractual obligation to repurchase the receivables at issue.

The Court's intention is that this litigation move forward promptly towards completion. Accordingly, the Court directs counsel to meet and confer, and to file on the docket of this case, by **Monday, November 23, 2020**, a joint letter setting forth in detail the parties' views as to the manner and timetable by which the open issue(s) regarding remedy are to be litigated and resolved. The Court will then either issue an order setting a schedule going forward or, if the Court determines further discussion warranted, convene a prompt conference with counsel.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2020
       New York, New York